UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREG EVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:06-cv-0686-DFH-JMS |
| v. ) | |
| ) | |
| CARDINAL HEALTH, CONTINENTAL ) | |
| ASSURANCE CO., and CARDINAL ) | |
| HEALTH INC. GROUP LIFE PLAN, ) | |
| ) | |
| Defendants. ) | |

ENTRY

Defendants' motion for summary judgment is hereby granted for the reasons set forth in the motion.

First, the undisputed facts show that Kris Eva was both "confined in a hospital" and "disabled" on December 1, 2003, the day when dependent life insurance coverage would otherwise become effective. Mrs. Eva was terminally ill with cancer, and her own physician's observations on December 1, 2003 show that she was disabled under any reasonable definition of the term.

Second, the arbitrary and capricious standard of review applies to this case, as the parties agreed in the Case Management Plan, which the court adopted by

order. Such an order is effective to "control the subsequent course of the action unless modified by a subsequent order." Fed. R. Civ. P. 16(e).

Third, although plaintiff was not required to *plead* estoppel as a response to the defendants' answer, he has not come forward with evidence to permit a finding of estoppel. There is no evidence of a knowing misrepresentation by defendants, and there could not have been detrimental reliance. Plaintiff has alleged he stopped trying to secure other life insurance coverage on November 4, 2003 when he received a letter saying his benefit choices would be effective December 1, 2003. No life insurer would have provided life insurance to Mrs. Eva in November 2003 when she was terminally ill with cancer.

The court will enter final judgment for defendants.

So ordered.

Date: April 9, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Elizabeth L. Hendershot
BAKER & HOSTETLER LLP
ehendershot@bakerlaw.com

Edward E. Hollis
BAKER & DANIELS
eehollis@bakerd.com

Robert D. King Jr.
rking@kingandrogers.com

Byron K. Mason
BAKER & DANIELS
bkmason@bakerd.com

Donald A. Murday
CHITTENDEN MURDAY & NOVOTNY LLC
dmurday@cmn-law.com

Vittorio Fiore Terrizzi
CHITTENDEN MURDAY & NOVOTNY
vterrizzi@cmn-law.com