UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREG EVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:06-cv-0686-DFH-JMS |
| v. | ) |
| | ) |
| CARDINAL HEALTH, CONTINENTAL | ) |
| ASSURANCE CO., and CARDINAL | ) |
| HEALTH INC. GROUP LIFE PLAN, | ) |
| | ) |
| Defendants. | ) |

FINAL JUDGMENT

The court has issued today its entry granting defendants' motion for summary judgment.  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Greg Eva taking nothing by his complaint against defendants Cardinal Health, Continental Assurance Co., and Cardinal Health Inc. Group Life Plan, and that this action is hereby DISMISSED WITH PREJUDICE.

Date:  April 9, 2007

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Elizabeth L. Hendershot
BAKER & HOSTETLER LLP
ehendershot@bakerlaw.com

Edward E. Hollis
BAKER & DANIELS
eehollis@bakerd.com

Robert D. King Jr.
rking@kingandrogers.com

Byron K. Mason
BAKER & DANIELS
bkmason@bakerd.com

Donald A. Murday
CHITTENDEN MURDAY & NOVOTNY LLC
dmurday@cmn-law.com

Vittorio Fiore Terrizzi
CHITTENDEN MURDAY & NOVOTNY
vterrizzi@cmn-law.com